UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD CORNELIUS GANDY, | ) | No. EDCV 12-1186-VAP (CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| KIM HOLLANDER, Warden, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed without prejudice as successive.

DATED: Aug 27 2012

VIRGINIA A. PHILLIPS
United States District Judge